UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Case No. 06-306-03 (TFH) |
| : | |
| CHRISTOPHER FLEMING, : | |
| Defendant. : | Hearing Date: October 23, 2006 |

## ORDER

This matter came before the Court on the Government's emergency motion for review of Orders to release Defendant Fleming. Upon consideration of that motion, it is by the Court this _____ day of October 2006.

ORDERED, that the Government's motion be, and the same hereby is GRANTED, and Defendant Christopher Fleming, DCDC No. 312-077, PDID NO. 239-979, Marshal's No. 24721016, shall be held without bail pending trial in the above captioned matters.

It is hereby FURTHER ORDERED that the Government's motion be made a part of the record in this case. SO ORDERED.

_____
THOMAS F. HOGAN, CHIEF JUDGE
United States District Court for the
District of Columbia

cc:

Martin Dee Carpenter
Assistant United States Attorney
555 4th Street, N.W., Room 4116
Washington, D.C. 20530
Office No. (202) 514-7063
Facsimile   (202) 616-2296
Email: martin.carpenter2@usdoj.gov

Attorney Brian K. McDaniel
Email: bkmassociates@aol.com

Attorney Joanne D. Slaight
Email: jslaight@att.net

Attorney Danielle C. Jahn
Email: dani_jahn@fd.org

Clerk of the Court
United States District Court
for the District of Columbia

Deputy U.S. Marshall In Charge
Federal Cellblock, U.S. Courthouse
(202) 353-0675 (phone)
 (202) 353-0679 (fax)