# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 06-306-03 (TFH) |
| | : | |
| CHRISTOPHER FLEMING, | : | |
| Defendant. | : | Hearing Date: October 23, 2006 |

## STAY OF RELEASE ORDER

This matter came before the Court on the Government's motion for review of a decision by the Magistrate Judge releasing Defendant Fleming pending trial, denial of the Government's request for a detention hearing and for a stay of Defendant Fleming's release pending a hearing on the motion for review of the release order.  Upon consideration of that motion, it is by the Court this _____ day of October, 2006:

ORDERED, at the request of the parties, that a hearing on the Government's motion is set for Monday, the 23rd day of October, 2006, at _____ a.m./p.m.; and it is further

ORDERED, that the order releasing Defendant Christopher Fleming, DCDC No. 312-077, PDID NO. 239-979, Marshal's No. 24721016, shall be stayed pending a ruling on the Government's motion and Defendant Fleming shall be held without bond until the Court has issued that ruling.

_____
THOMAS F. HOGAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT

cc:

Martin Dee Carpenter
Assistant United States Attorney
555 4th Street, N.W., Room 4116
Washington, D.C. 20530
Office No. (202) 514-7063
Facsimile   (202) 616-2296
Email: martin.carpenter2@usdoj.gov

Attorney Brian K. McDaniel
Email: bkmassociates@aol.com

Attorney Joanne D. Slaight
Email: jslaight@att.net

Attorney Danielle C. Jahn
Email: dani_jahn@fd.org

Clerk of the Court
United States District Court
for the District of Columbia

Deputy U.S. Marshall In Charge
Federal Cellblock, U.S. Courthouse
(202) 353-0675 (phone)
 (202) 353-0679 (fax)