**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **(Motions Judge R. M. Collyer)** |
| | : | |
| **v.** | : | **Case No.  06-306-03 (TFH)** |
| | : | |
| **CHRISTOPHER FLEMING,** | : | |
| **Defendant.** | : | **Hearing Date: October 26, 2006** |

## <u>ORDER</u>

This matter came before the Court on the Government's emergency motion for review of Orders to release Defendant Fleming.  Upon consideration of that motion, it is by the Court this _____ day of October 2006.

ORDERED, that the Government's motion be, and the same hereby is GRANTED, and Defendant Christopher Fleming, DCDC No. 312-077, PDID NO. 239-979, Marshal's No. 24721016, shall be held without bail pending trial in the above captioned matters.

It is hereby FURTHER ORDERED that the Government's motion be made a part of the record in this case.  SO ORDERED.


_____
ROSEMARY M. COLLYER, JUDGE
United States District Court for the
District of Columbia

cc:

Martin Dee Carpenter
Assistant United States Attorney
555 4th Street, N.W., Room 4116
Washington, D.C. 20530
Office No. (202) 514-7063
Facsimile   (202) 616-2296
Email: martin.carpenter2@usdoj.gov

Attorney Brian K. McDaniel
Email: bkmassociates@aol.com

Attorney Joanne D.Slaight
Email: jslaight@att.net

Attorney Danielle C. Jahn
Email: dani_jahn@fd.org

Clerk of the Court
United States District Court
for the District of Columbia

Deputy U.S. Marshal In Charge
Federal Cellblock, U.S. Courthouse
(202) 353-0675 (phone)
 (202) 353-0679 (fax)